**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 24.241.236.189 | 4/15/15 06:04:12 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Janesville | Rock |
| 2 | 24.177.120.63 | 4/8/15 12:26:40 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Madison | Dane |
| 3 | 24.241.235.3 | 4/8/15 12:24:30 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Janesville | Rock |
| 4 | 68.187.139.73 | 3/28/15 04:53:43 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Ashland | Ashland |
| 5 | 66.190.31.39 | 3/28/15 12:10:39 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | La Crosse | La Crosse |
| 6 | 75.129.60.210 | 3/22/15 03:36:15 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Sparta | Monroe |
| 7 | 97.86.38.184 | 3/21/15 05:14:13 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Rhinelander | Oneida |
| 8 | 66.188.246.160 | 3/21/15 01:00:07 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Eau Claire | Eau Claire |
| 9 | 96.42.1.217 | 3/18/15 02:11:17 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Wisconsin Rapids | Wood |
| 10 | 68.114.223.27 | 3/18/15 12:27:59 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Beloit | Rock |
| 11 | 71.90.39.144 | 3/17/15 11:21:16 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Prairie Du Sac | Sauk |
| 12 | 71.87.124.199 | 3/14/15 07:33:31 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Janesville | Rock |
| 13 | 68.190.167.3 | 3/14/15 05:53:02 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Madison | Dane |
| 14 | 71.82.251.82 | 3/14/15 05:08:09 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Marshfield | Wood |
| 15 | 75.134.27.176 | 3/14/15 02:03:00 PM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Madison | Dane |
| 16 | 68.117.88.212 | 3/14/15 11:53:23 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | La Crosse | La Crosse |
| 17 | 68.114.213.84 | 3/14/15 09:41:54 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Janesville | Rock |
| 18 | 75.135.77.55 | 3/14/15 05:22:03 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Marshfield | Wood |
| 19 | 96.40.252.177 | 3/14/15 02:57:46 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Eau Claire | Eau Claire |
| 20 | 68.190.167.77 | 3/14/15 01:47:17 AM | SHA1: EB808DA86F80577A224328CDD2B6F55BB743130A | Charter Communications | Madison | Dane |

**Exhibit B**